U.S. DISTRICT COURT JUDGE THOMAS S. ZILLY
U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARI L. KIDDE,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

No. C10-1596-TSZ-MAT

[~~PROPOSED~~] ORDER RE EXTENSION OF TIME ON BRIEFING SCHEDULE

### ORDER

Based on the stipulation of the parties, it is hereby ORDERED that the briefing schedule be amended as follows:

| | |
|---|---|
| Plaintiff's Opening Brief: | April 13, 2011 |
| Defendant's Responsive Brief: | May 11, 2011 |
| Plaintiff's Reply Brief: | May 25, 2011 |

DATED this 23rd day of March, 2011.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

Presented by:

s/ David A. Namba
David A. Namba, WSBA# 29347
Attorney for Plaintiff
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: robey@nas.com

## CERTIFICATE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Thomas M. Elsberry
> Special Assistant U.S. Attorney
> Office of the General Counsel- Seattle Region
> Social Security Administration
> 701 Fifth Avenue, Suite 2900 M/S 221A
> Seattle, WA 98104-7075
> Telephone: (206) 615-2112
> Facsimile: (206) 615-2531
> e-mail: thomas.elsberry@ssa.gov

and

> Kathy Reif
> Special Assistant U.S. Attorney
> Office of the General Counsel- Seattle Region
> Social Security Administration
> 701 Fifth Avenue, Suite 2900 M/S 221A
> Seattle, WA 98104-7075
> Telephone: (206) 615-2112
> Facsimile:  (206) 615-2531
> e-mail: kathy.reif@ssa.gov

///

///

///

I also certify that I sent a copy of the Order re extending the briefing deadlines in WordPerfect Format to the U.S. Magistrate Judge Mary Alice Theiler via e-mail.

DATED March 23, 2011 at Bellingham, Washington.

[PROPOSED] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 2

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

1
2
3
4
5

                    s/ Sara Thom
                    Sara Thom
                    Legal Assistant
                    Law Office of Steven M. Robey, PS
                    1414 F Street
                    Bellingham, WA 98225
                    Telephone: 360.676.2548
                    Fax: 360.647.7838
                    E-mail: robey@nas.com

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

[PROPOSED] ORDER RE EXTENSION OF TIME
ON BRIEFING SCHEDULE - 3

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838