UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KARI LAUREN KIDDE, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No.  C10-1596-TSZ-MAT <br><br><br> [~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before June 10, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before June 24, 2011.

**This is the 2nd stipulated extension.  Absent extraordinary circumstances, no further extensions will be granted.**

Page 1     ORDER - [C10-1596-TSZ-MAT]

DATED this 16th day of May, 2011.

Mary Alice Theiler
United States Magistrate Judge

Presented By:

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3851
Fax: (206) 615-2531
kathy.reif@ssa.gov