UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARI LAUREN KIDDE,   )
                     )  CASE NO. C10-1596-TSZ
    Plaintiff,       )
                     )
    v.               )
                     )  ORDER OF REMAND
MICHAEL ASTRUE,      )
Commissioner of Social Security,  )
                     )
    Defendant.       )
_____ )

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler ("R&R"), docket no. 21, and the stipulated motion to remand, docket no. 20, the Court hereby ORDERS:

(1) The R&R is ADOPTED;

(2) The parties' stipulated motion to remand is GRANTED;

(3) The Commissioner's denial of benefits is REVERSED; and

(4) This matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the

ORDER OF REMAND
PAGE -1

ALJ shall hold a *de novo* hearing with a medical expert and issue a new decision. The ALJ and plaintiff may also raise and pursue additional issues, and plaintiff may present additional evidence.

(5) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Theiler.

DATED this 22nd day of June, 2011.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge